UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FELIPE POLANCO DIAZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LT. W. REAUME, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-01982-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 18, "FAC") and Notice of Election (Dkt. 20) to proceed solely on an Eighth Amendment claim against Defendant D. Moisa ("Defendant") filed by Plaintiff Felipe Polanco Diaz ("Plaintiff"), Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Dkt. 67, "Motion"), Plaintiff's "Motion Objecting to Summary Judgment," (Dkt. 71), Defendant's Reply in support of the Motion (Dkt. 72), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 74), the "Motion and Notice of Objection" filed thereafter by Plaintiff, which the Court interprets as an Objection to the Report and Recommendation by Plaintiff (Dkt. 78), and Defendant's Response to

Plaintiff's Objection/ Opposition (Dkt. 79). The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendant's Motion is GRANTED;
3. Plaintiff's operative First Amended Complaint, as limited by Plaintiff's Notice of Election, is dismissed without prejudice; and
4. Judgment shall be entered accordingly.

Dated: May 11, 2020

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge