JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FILIPE POLANCO DIAZ, | Case No. 2:18-cv-01982-FMO (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| T. LINDQUIST, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 11, 2020

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge